KURT C. FAUX
Nevada State Bar No. 3407
JORDAN F. FAUX
Nevada State Bar No. 12205
THE FAUX LAW GROUP
1540 W. Warm Springs Road, #100
Henderson, NV 89014
Tel: (702) 458-5790
Email: kfaux@fauxlaw.com
        jfaux@fauxlaw.com
*Attorneys for Plaintiff*

ROBERT A. DOTSON
Nevada State Bar No. 5285
DOTSON LAW
One East First Street, Ste. 1600
Reno, Nevada 89501
Tel: (775) 501-9400
Email: rdotson@dotsonlaw.legal
*Attorneys for Defendant, Reno Quality Homes, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INSURANCE COMPANY OF THE WEST, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RENO QUALITY HOMES, INC., a Nevada corporation, HIGH VALLEY DEVELOPMENT, LLC, a Nevada limited liability company, ROBERT N. FITZGERALD, an individual, SHERYL A. FITZGERALD, an individual, THE ROBERT N. FITZGERALD IRREVOCABLE TRUST, a Nevada Trust, THE SHERYL FITZGERALD IRREVOCABLE TRUST, a Nevada Trust, ROBERT N. FITZGERALD, as the Trustee for The Robert N. Fitzgerald Irrevocable Trust and as Trustee for The Sheryl Fitzgerald Irrevocable Trust, DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-01272-RFB-CWH<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT RENO QUALITY HOMES, INC. TO FILE RESPONSIVE PLEADING**<br><br>**(THIRD REQUEST)** |

1

Pursuant to LR IA 6-1, 6-2, and LR 7-1, Defendant, RENO QUALITY HOMES, INC. ("RQH"), and Plaintiff, INSURANCE COMPANY OF THE WEST ("Plaintiff"), by and through their counsel of record, hereby agree and stipulate to extend the time allowed for RQH to file its responsive pleading to Plaintiff's Complaint (ECF No. 1) for fourteen days, or until August 25, 2017, in order to continue with settlement negotiations and to allow further progress on the items of construction that are the subject of the bonds.

This is the third request to extend the time for RQH to file this responsive pleading. This Stipulation is made for good cause and not for the purposes of delay.

Nothing contained in this Stipulation shall be deemed a waiver of any right belonging to any party hereto.

DATED this 11th day of August, 2017.   DATED this 11th day of August, 2017.

THE FAUX LAW GROUP                DOTSON LAW

/s/ JORDAN F. FAUX                /s/ ROBERT A. DOTSON
KURT C. FAUX                      ROBERT A. DOTSON
Nevada State Bar No. 3407         Nevada State Bar No. 5285
JORDAN F. FAUX                    One East First Street
Nevada State Bar No. 12205        City Hall Tower, Ste. 1600
1540 W. Warm Springs Road, #100   Reno, Nevada 89501
Henderson, Nevada 89014           *Attorneys for Defendant,*
*Attorneys for Plaintiff*         *Reno Quality Homes, Inc.*

IT IS SO ORDERED.

DATED August 16, 2017

_____
**UNITED STATES** MAGISTRATE JUDGE