KURT C. FAUX, ESQ.
Nevada Bar No. 003407
JORDAN F. FAUX, ESQ.
Nevada Bar No. 12205
THE FAUX LAW GROUP
2625 N. Green Valley Pkwy., #100
Henderson, Nevada 89014
Telephone: (702) 458-5790
Facsimile: (702) 458-5794
Email: kfaux@fauxlaw.com
jfaux@fauxlaw.com

*Attorneys for Insurance Company of the West*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| INSURANCE COMPANY OF THE WEST, a foreign corporation,<br><br>Plaintiff,<br><br>v.<br><br>RENO QUALITY HOMES, INC., a Nevada corporation, HIGH VALLEY DEVELOPMENT, LLC, a Nevada limited liability company, ROBERT N. FITZGERALD, an individual, SHERYL A. FITZGERALD, an individual, THE ROBERT N. FITZGERALD IRREVOCABLE TRUST, a Nevada Trust, THE SHERYL FITZGERALD IRREVOCABLE TRUST, a Nevada Trust, ROBERT N. FITGERALD, as the Trustee for The Robert N. Fitzgerald Irrevocable Trust and as Trustee for The Sheryl Fitzgerald Irrevocable Trust, DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO: 2:17-cv-01272-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' OPPOSITION TO INSURANCE COMPANY OF THE WEST'S MOTION FOR SUMMARY JUDGMENT** |

Plaintiff, Insurance Company of the West ("ICW"), by and through its attorneys, The Faux Law Group, and Defendants Reno Quality Homes, Inc., Robert N. Fitzgerald, Sheryl A. Fitzgerald, The Robert N. Fitzgerald Irrevocable Trust, The Sheryl Fitzgerald Irrevocable Trust, Robert N. Fitzgerald as Trustee of the Sheryl Fitzgerald Irrevocable Trust and the Robert N. Fitzgerald Irrevocable Trust ("Defendants"), by and through their counsel of record, Dotson Law, hereby agree and stipulate to extend the time allowed for ICW to respond to Defendants' Opposition to Insurance

-1-

THE FAUX LAW GROUP
2625 N. GREEN VALLEY PKWY., SUITE 100
HENDERSON, NEVADA 89014
TEL. (702) 458-5790

1 Company of the West's Motion for Summary Judgment (ECF No. 33) for two weeks, or until March
2 14, 2019.

3     This is the first request to extend the time for ICW to file this responsive pleading. This
4 Stipulation is made for good cause and not for the purposes of delay.

5     Nothing contained in this Stipulation shall be deemed a waiver of any right belonging to any
6 party hereto.

7 DATED this 27th day of February, 2019.      DATED this 27th day of February, 2019.

**THE FAUX LAW GROUP**      **DOTSON LAW**

By: /s/ Jordan F. Faux      By: /s/ Mead A. Dixon
   Kurt C. Faux, Esq.         Robert A. Dotson, Esq.
   Nevada Bar No. 3407         Nevada Bar No. 5285
   Jordan F. Faux, Esq.         Mead A. Dixon, Esq.
   Nevada Bar No. 12205         Nevada Bar No. 13860
   2625 N. Green Valley Parkway, #100         5355 Reno Corporate Drive
   Henderson, NV 89074         Suite #100
   *Attorneys for Insurance Company of the*         Reno, Nevada 89511
   *West*         *Attorneys for Defendants Reno Quality Homes, Inc., Robert N. Fitzgerald, Sheryl A. Fitzgerald, The Robert N. Fitzgerald Irrevocable Trust, The Sheryl Fitzgerald Irrevocable Trust, Robert N. Fitzgerald as Trustee of the Sheryl Fitzgerald Irrevocable Trust and the Robert N. Fitzgerald Irrevocable Trust*

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 28th day of February, 2019.

-2-