UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| INSURANCE COMPANY OF THE WEST., <br><br> Plaintiff, <br><br> v. <br><br> RENO QUALITY HOMES, INC., et al., <br><br> Defendants. | Case No. 2:17-cv-01272-RFB-CWH <br><br> **ORDER** |

Before the Court is the Motion to Transfer Venue (ECF No. 26). The Court denies the Motion for a few reasons. First, the Court does not find that having the case filed in the unofficial Southern division is overly burdensome in this case. Second, the Court is prepared to try the case as necessary in Reno should the case proceed to trial. The Court does not find it necessary or appropriate to exercise its discretion to transfer this case.[1] The Motion to Transfer Venue is denied.

DATED: March 31, 2019.

RICHARD F. BOULWARE, II
United States District Judge

---

[1] The Court does note that the motion appears to have been improperly filed as to its links to the other parties in this case. This has lead to the Court responding to this Motion without other submissions.