KURT C. FAUX, ESQ.
Nevada Bar No. 003407
JORDAN F. FAUX, ESQ.
Nevada Bar No. 12205
THE FAUX LAW GROUP
2625 N. Green Valley Pkwy., #100
Henderson, Nevada 89014
Telephone: (702) 458-5790
Facsimile: (702) 458-5794
Email: kfaux@fauxlaw.com
jfaux@fauxlaw.com

*Attorneys for Insurance Company of the West*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INSURANCE COMPANY OF THE WEST, a foreign corporation,<br><br>Plaintiff,<br><br>v.<br><br>RENO QUALITY HOMES, INC., a Nevada corporation, HIGH VALLEY DEVELOPMENT, LLC, a Nevada limited liability company, ROBERT N. FITZGERALD, an individual, SHERYL A. FITZGERALD, an individual, THE ROBERT N. FITZGERALD IRREVOCABLE TRUST, a Nevada Trust, THE SHERYL FITZGERALD IRREVOCABLE TRUST, a Nevada Trust, ROBERT N. FITGERALD, as the Trustee for The Robert N. Fitzgerald Irrevocable Trust and as Trustee for The Sheryl Fitzgerald Irrevocable Trust, DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO: 2:17-cv-01272-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' BILL OF COSTS [ECF NO. 73] AND DEFENDANTS' MOTION FOR COSTS AND ATTORNEY'S FEES [ECF NO. 74]** |

Plaintiff, Insurance Company of the West ("ICW"), by and through its attorneys, The Faux Law Group, and Defendants Reno Quality Homes, Inc., Robert N. Fitzgerald, Sheryl A. Fitzgerald, The Robert N. Fitzgerald Irrevocable Trust, The Sheryl Fitzgerald Irrevocable Trust, Robert N. Fitzgerald as Trustee of the Sheryl Fitzgerald Irrevocable Trust and the Robert N. Fitzgerald Irrevocable Trust ("Defendants"), by and through their counsel of record, Dotson Law, hereby agree and stipulate to extend the time allowed for ICW to respond to Defendants' Bill of Costs [ECF No. 73]

-1-

and Defendants' Motion for Costs and Attorney's Fees [ECF No. 74] for two weeks, or until April 14, 2020.

Defendants' shall have until April 21, 2020 to file their Replies.

This is the first request to extend the time for ICW to file these responsive pleadings. This Stipulation is made for good cause and not for the purposes of delay. The reason for the request is due to the effects of COVID-19 including school closures and delays related to attempting to work from home. Nothing contained in this Stipulation shall be deemed a waiver of any right belonging to any party hereto.

DATED this 25th day of March, 2020.                    DATED this 25th day of March, 2020.

**THE FAUX LAW GROUP**                                 **DOTSON LAW**

By: /s/ Jordan F. Faux                                 By: /s Robert A. Dotson
    Kurt C. Faux, Esq.                                     Robert A. Dotson, Esq.
    Nevada Bar No. 3407                                    Nevada Bar No. 5285
    Jordan F. Faux, Esq.                                   Justin C. Vance
    Nevada Bar No. 12205                                   Nevada Bar No. 11306
    2625 N. Green Valley Parkway, #100                     5355 Reno Corporate Drive
    Henderson, NV 89074                                    Suite #100
    *Attorneys for Insurance Company of the West*          Reno, Nevada 89511
                                                           *Attorneys for Defendants Reno Quality Homes, Inc., Robert N. Fitzgerald, Sheryl A. Fitzgerald, The Robert N. Fitzgerald Irrevocable Trust, The Sheryl Fitzgerald Irrevocable Trust, Robert N. Fitzgerald as Trustee of the Sheryl Fitzgerald Irrevocable Trust and the Robert N. Fitzgerald Irrevocable Trust*

## **ORDER**

**IT IS SO ORDERED.**

DATED this __27th__ day of __March__, 2020.



_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

-2-