KURT C. FAUX (NSB No. 3407)
JORDAN F. FAUX (NSB No. 12205)
THE FAUX LAW GROUP
2625 N. Green Valley Pkwy., #100
Henderson, Nevada 89014
Tel: (702) 458-5790
Email: kfaux@fauxlaw.com
          jfaux@fauxlaw.com
*Attorneys for Plaintiff*

ROBERT A. DOTSON (NSB No. 5285)
JUSTIN C. VANCE (NSB No. 11306)
DOTSON LAW
5355 Reno Corporate Dr., Ste. 100
Reno, NV  89511
Tel:     (775) 501-9400
Email: rdotson@dotsonlaw.legal
          jvance@dotsonlaw.legal
*Attorneys for Appearing Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INSURANCE COMPANY OF THE WEST, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RENO QUALITY HOMES, INC., a Nevada corporation, HIGH VALLEY DEVELOPMENT, LLC, a Nevada limited liability company, ROBERT N. FITZGERALD, an individual, SHERYL A. FITZGERALD, an individual, THE ROBERT N. FITZGERALD IRREVOCABLE TRUST, a Nevada Trust, THE SHERYL FITZGERALD IRREVOCABLE TRUST, a Nevada Trust, ROBERT N. FITZGERALD, as the Trustee for The Robert N. Fitzgerald Irrevocable Trust and as Trustee for The Sheryl Fitzgerald Irrevocable Trust, DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.:  2:17-cv-01272-RFB-DJA<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR APPEARING DEFENDANTS TO FILE REPLY TO DEFENDANTS' MOTION FOR COSTS AND ATTORNEY'S FEES**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, 6-2, and LR 7-1, Defendants, RENO QUALITY HOMES, INC., ROBERT N. FITZGERALD, SHERYL A. FITZGERALD, THE ROBERT N. FITZGERALD IRREVOCABLE TRUST, THE SHERYL FITZGERALD IRREVOCABLE TRUST and ROBERT N. FITZGERALD AS TRUSTEE OF THE SHERYL FITZGERALD IRREVOCABLE TRUST AND THE ROBERT N. FITZGERALD IRREVOCABLE TRUST ("Appearing Defendants" or "Defendants"), and Plaintiff, INSURANCE COMPANY OF THE WEST ("Plaintiff"), by and through their counsel of record, hereby agree and stipulate to extend the time allowed for Appearing Defendants to file their reply in support of Defendants' Motion for Costs and Attorney's Fees for one week, or until April 28, 2020.

This is the first request to extend the time for Answering Defendants to file this reply and is sought in order to facilitate a settlement agreed to between the parties. This Stipulation is made for good cause and not for the purposes of delay.

Nothing contained in this Stipulation shall be deemed a waiver of any right belonging to any party hereto.

DATED this 20th day of April, 2020.          DATED this 20th day of April, 2020.

THE FAUX LAW GROUP                            DOTSON LAW

 /s/ JORDAN F. FAUX                            /s/ ROBERT A. DOTSON
KURT C. FAUX                                  ROBERT A. DOTSON
Nevada State Bar No. 3407                     Nevada State Bar No. 5285
JORDAN F. FAUX                                JUSTIN C. VANCE
Nevada State Bar No. 12205                    Nevada State Bar No. 11306
2625 N. Green Valley Pkwy., #100              5355 Reno Corporate Dr., Ste. 100
Henderson, Nevada 89014                       Reno, NV  89511
*Attorneys for Plaintiff*                     *Attorneys for Appearing Defendant*

IT IS SO ORDERED.

DATED this  21st  day of        April        , 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE